IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CURTIS JAMES ALLEN,** | : | |
| Petitioner, | : | |
| | | CIVIL ACTION 12-0008-CG-M |
| v. | : | |
| | | CRIM. ACTION 03-00097-CG-M |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent. | : | |

**ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Respondent's Motion to Dismiss (Doc. 43) be **GRANTED** and that Petitioner's Motion to Vacate (Doc. 41) be **DISMISSED**. It is further **ORDERED** that, should Petitioner file a certificate of appealability, it be denied as he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 29th day of May, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE